

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-15-00103-CV

**IN RE** Irene **ALVARADO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On February 25, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CVL-000326-D4, styled *In the Interest of D.A., A Child*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Paul D. Gallego presiding.